GEORGE I. SKINNER, Substituted in Place of GEORGE C. VAN TUYL, JR., as Superintendent of Banks of the State of New York, Respondent, v. DAVID A. SULLIVAN and Others, Defendants, Impleaded with HOME BANK OF BROOKLYN and WILLIAM A. MAIN, Appellants.— Reargument ordered, and case set down for Monday November 10, 1919. Present — Mills, Rich, Putnam and Blackmar, JJ.

they seek to recover in this action. In any event the defense interposed in the answer raises an issue for trial. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.